FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 29 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY PRENTICE,

    *Petitioner,*

vs.

E.K. MCDANIEL, *et al.*,

    *Respondents.*

3:10-cv-00743-RCJ-VPC

ORDER

This habeas action under 28 U.S.C. § 2254 comes before the Court on petitioner's application (#1) to proceed *in forma pauperis*.

The application is incomplete because petitioner did not sign the acknowledgments on page 3 of the application. Petitioner must sign the acknowledgments as well as execute the sworn declaration on page 3.

Petitioner additionally failed to attach copies of the written state court decisions regarding his conviction and sentence, as directed on page 1 of the petition form.

IT THEREFORE IS ORDERED that petitioner's application (#1) to proceed *in forma pauperis* is DENIED without prejudice. Within thirty (30) days of entry of this order, petitioner either shall pay the $5.00 filing fee or submit a new and properly completed application to proceed *in forma pauperis* with a new financial certificate and a new inmate account statement.

IT FURTHER IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall file a supplemental exhibit with copies of all written state court decisions regarding his

conviction and sentence, including the decision of the Supreme Court of Nevada on direct appeal along with the written decisions of the state district court and state supreme court on post-conviction review.

The Clerk of Court shall send petitioner two copies of this district's application to proceed *in forma pauperis* for incarcerated persons along with a copy of the instructions for same.

If petitioner fails to timely and fully comply with this order, the action will be dismissed without further advance notice.

DATED: December 29, 2010

ROBERT C. JONES
United States District Judge