```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

       AUG 0 2 2011

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRENTICE,<br><br>*Petitioner*,<br><br>vs.<br><br>E.K. MCDANIEL, *et al.*<br><br>*Respondents*. | 3:10-cv-00743-RCJ-VPC<br><br>ORDER |

Following upon the notice (#13) of conflict by the Federal Public Defender,

IT IS ORDERED that the provisional appointment of the Federal Public Defender as counsel hereby is WITHDRAWN and that Mary Lou Wilson, Esq., 337 Marsh Avenue, Reno, NV 89509, (775) 337-0200, a Criminal Justice Act panel attorney in this District, is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent petitioner in all proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred fifty (150) days from entry of this order within which to file an amended petition. This deadline does not automatically establish any period of equitable or other tolling. The Court will screen any amended petition filed prior to ordering further action in the case.

IT FURTHER IS ORDERED that the Clerk of Court, upon request by newly appointed counsel, shall provide counsel with copies of those items in the federal record requested by counsel, by regenerated notices of electronic filing or other method convenient for the Clerk.

**IT FURTHER IS ORDERED** that respondents' counsel shall comply with the Court's prior order (#9, at 2, lines 16-18) within twenty-one (21) days of entry of this order, if counsel has not done so by the time that this order is entered..

In addition to serving counsel, including former counsel for petitioner, the Clerk shall send a copy of this order to the CJA Coordinator for this Division and to the petitioner himself.

DATED: 8/2/2011

ROBERT C. JONES
Chief United States District Judge