# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY PRENTICE,

    *Petitioner*,

vs.

E.K. MCDANIEL, *et al.*

    *Respondents*.

3:10-cv-00743-RCJ-VPC

ORDER

In this represented habeas matter under 28 U.S.C. § 2254, following upon petitioner's motion for an extension of time, and taking judicial notice of the recent change at Warden,

IT IS ORDERED that petitioner's motion (#16) for extension of time is GRANTED *nunc pro tunc*, and the time for petitioner to file an amended petition is extended up to and including **March 2, 2012.**

IT FURTHER IS ORDERED that, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Renee Baker is substituted for E.K. McDaniel as a respondent.

IT FURTHER IS ORDERED that petitioner's counsel shall properly caption filings herein, and counsel **shall not caption this case as one against the United States of America.** This is a federal habeas challenge to a state conviction, not a federal criminal case.

DATED: This 31st day of January, 2012.

                                                                  ROBERT C. JONES
                                                                Chief United States District Judge