```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        MAY 1 1 2012

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY PRENTICE,

*Petitioner*,

vs.

RENEE BAKER, *et al.*

*Respondents*.

3:10-cv-00743-RCJ-VPC

ORDER

Petitioner's motion (#18) for extension of time is STRICKEN. Petitioner's counsel shall have three judicial days within which to file a properly captioned motion. The United States of America is not a party to these proceedings. See #17.

DATED: This 11th day of May, 2012.

ROBERT C. JONES
Chief United States District Judge