# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY PRENTICE,

    *Petitioner*,

vs.

RENEE BAKER, *et al.*

    *Respondents*.

3:10-cv-00743-RCJ-VPC

ORDER

    This habeas matter comes before the Court on petitioner's motions (## 19 & 21) for extension of time.

    The Court will grant the requests for an extension of time to July 2. Counsel should note that Renee Baker was substituted for E.K. McDaniel in #17.

    IT THEREFORE IS ORDERED that petitioner's motions (## 19 & 21) for extension of time are GRANTED *nunc pro tunc*, and the time for petitioner to file an amended petition is extended up to and including July 2, 2012.

    DATED: June 7, 2012.

_____
ROBERT C. JONES
Chief United States District Judge