1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9    ANTHONY PRENTICE,

10         *Petitioner*,                                    3:10-cv-00743-RCJ-VPC

11    vs.
                                                            ORDER
12

13    RENEE BAKER, *et al.*

14         *Respondents*.

15

16         In this habeas matter where petitioner is represented by a panel attorney, no

17    counseled amended petition was filed by the May 18, 2013, extended deadline, and no

18    extension of time was sought.

19         IT IS ORDERED that petitioner shall have **fourteen (14) days** from entry of this order

20    within which to file a counseled amended petition with state court record exhibits. No request

21    for extension of time will be considered except in the most compelling of circumstances.

22         DATED:  July 9, 2013

23

24

25

26    _____
      ROBERT C. JONES
27    Chief United States District Judge

28